UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LINDA F. BRUNO | CIVIL ACTION NO. 6:11-CV-0837 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| CETCO OILFIELD SERVICES CO., ET AL. | BY CONSENT OF THE PARTIES |

### ORDER OF DISMISSAL

This Court having been advised by the parties that this matter has settled,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty days, to reassert the claims if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

This Court retains jurisdiction over the settlement of this matter under *Kokkenen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 24th day of October 2012.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE